[No. 9666–4–I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN W. CONERY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–00661–9, John E. Rutter, Jr., J., entered November 21, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Corbett, JJ.

[No. 9757–1–I.   Division One.   March 8, 1982.]

THE CITY OF RENTON, *Respondent,* v. WILLIAM C. MAUST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04293–5, T. Patrick Corbett, J., entered December 5, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Ringold, JJ.

[No. 9580–3–I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BLACK, *Defendant,* JOHN O'NIEL SAWYER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02634–4, Eugene G. Cushing, J., entered November 3, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 7514–4–I.   Division One.   March 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL JAMES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88578, Jack P. Scholfield, J., entered April 6, 1979. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson, J., Ringold, J., dissenting.